Case 1:65-cv-10946-FAL-FAL Document 522 Filed 03/16/07 Page 1 of 1 PageID #: 655

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
(Alexandria Division)

65-10946

| | |
|---|---|
| VIRGIE LEE VALLEY, ET AL., <br> Plaintiffs, | CIVIL ACTION NO.: 10946 |
| VERSUS | |
| RAPIDES PARISH SCHOOL BOARD, <br> Defendant. | JUDGE: DEE D. DRELL |

## ORDER

Considering the foregoing motion for court approval of payment of attorneys' fees;

IT IS ORDERED that Defendant Rapides Parish School Board's motion for this court's approval of the payment of Twenty-six Thousand, Six Hundred Sixty-four and No/100 ($26,664.00) Dollars to the Valley Plaintiffs' attorneys, Edward Larvadain, Jr. and Bridgett Brown, as attorneys' fees for services rendered herein is hereby approved.

IT IS FURTHER ORDERED that the payment of said amount is fair, reasonable and just as full payment of the Valley Plaintiffs' attorneys' fees for the services rendered by said attorneys and that said payment fully satisfies defendant's obligation under 42 U.S.C. § 1988(b).

Alexandria, Louisiana, this 16th day of March, 2007.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

1141596_1